IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HAROLD PULLIAM                                                                    PLAINTIFF

v.                                                              CAUSE NO.: 1:07CV92-SA-JAD

ALLSTATE INSURANCE COMPANY                                                        DEFENDANT

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to an opinion issued on this day,

(1) Defendant's Motion for Summary Judgment [33] is **GRANTED**; and

(2) the case is **DISMISSED** without prejudice.

So **ORDERED**, this the 15th day of October, 2008.

                                                 **/s/ Sharion Aycock**
                                                 **U.S. DISTRICT COURT JUDGE**